**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RICH MEDIA CLUB LLC,
Plaintiff,

v.

MEDIANEWS GROUP, INC.,
Defendant.

Case No.: 25cv2141 DMS (DEB)

**ORDER DENYING PLAINTIFF'S MOTION TO ALTER OR AMEND THE JUDGMENT AND FOR RECONSIDERATION**

This case comes before the Court on Plaintiff's motion to alter or amend the judgment and for reconsideration of the Court's order granting Defendant's motion to dismiss. Defendant filed an opposition to the motion, and Plaintiff filed a reply.

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County, Oregon v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Here, Plaintiff does not take issue with the Court's reasoning in granting Defendant's motion to dismiss, although it clearly disagrees with the Court's decision. Instead, Plaintiff asks the Court to consider an as-applied "constitutional challenge to the *Alice/Mayo* framework for analyzing the patent subject matter eligibility of 'abstract ideas' under 35 U.S.C. § 101." (Mot. at 1.) Plaintiff argues the Court should consider this challenge in light of the

discrepancies between (1) this Court's order finding the Patents-in-Suit subject matter ineligible under § 101, (2) a decision of the United States District Court for the District of Arizona finding a related patent subject matter eligible under § 101, and (3) decisions from the United States Patent and Trademark Office finding other of Plaintiff's patents, including the Patents-in-Suit, subject matter eligible. According to Plaintiff, the discrepancies in these decisions "demonstrate[ ] that the *Alice/Mayo* framework is so unpredictably and arbitrarily applied that it violates the Due Process Clause of the Fifth Amendment." (*Id.*) Defendant argues the Court should reject Plaintiff's invitation to consider the constitutional question because Plaintiff could have but failed to raise the issue earlier and because the Federal Circuit has already rejected a similar argument.

The Court agrees with Defendant and declines to consider the constitutional issue for the reasons set out in Defendant's opposition. Because Plaintiff has not met the standard for reconsideration of the Court's order or for alteration or amendment of the judgment, the motion is denied.

**IT IS SO ORDERED**.

Dated: October 5, 2026

Hon. Dana M. Sabraw
United States District Judge